# KESTENBAUM, DANNENBERG & KLEIN, LLP

*ATTORNEYS AND COUNSELORS AT LAW*

260 MADISON AVENUE • 17th FLOOR
NEW YORK, NEW YORK 10016
(212) 486-3370 • Fax: (212) 486-3371
*www.kdklaw.com*

**Jeffrey C. Dannenberg, Esq.**
Member of NY and CT Bars
Email: *jdannenberg@kdklaw.com*

**Connecticut Office:**
55 Greens Farms Road
Westport, Connecticut 06880
(203) 319-9600

March 18, 2020

***VIA ECF FILING***

Honorable Lewis J. Liman
U.S. District Court, SDNY
500 Pearl Street, Room 701
New York, NY 10007

GRANTED. Defendant shall respond to the Complaint by April 7, 2020. The initial pretrial conference previously scheduled for March 25, 2020 is ADJOURNED to April 27, 2020 at 11:00 a.m. and will proceed by telephone. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.
SO ORDERED. 3/19/2020

Re:    *JewishGen, Inc. v. Friends of JewishGen, Inc.*
       *SDNY Docket No. 20-civ-1826 (LJL)*

Dear Judge Liman:

        I am the attorney of record for defendant in the above action. Defendant, whose response to the Complaint in this action is due on March 24, is a non-profit corporation the sole address of which is located in San Francisco, CA, which is currently in a state of virtual lockdown due to the public health crisis affecting the entire country. At my request, plaintiff's attorneys have consented to a two-week extension of that response date.

        Pursuant to the Court's Order dated March 4, 2020 in this action, an Initial Conference has been scheduled for March 25, meaning that the parties' proposed Case Management Plan and Scheduling Order is due today. Based on a number of circumstances – not the least of which is that both sides' counsel are engaged in settlement discussions – the parties have consented to this joint request that the Court adjourn the Initial Conference for 30 days, to April 22 or some subsequent date. Subsequent dates in April on which both sides' counsel are currently available are April 24, 27 and 28. Because March 25 is the first Initial Conference date, this is the first instance in which either party has requested an adjournment of that conference.

        Respectfully yours,

*Jeffrey C. Dannenberg*

Jeffrey C. Dannenberg

cc:    Jason Oliver, Esq. (Plaintiff's Attorney)