# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 20, 2020

Jason S. Oliver
direct dial: 212.589.4649
joliver@bakerlaw.com

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, New York 10007

> Consistent with the public's right of access, it is the Court's practice not to retain jurisdiction to enforce an agreement it has not seen and that is not publicly filed. Accordingly, the Court will keep the conference as scheduled in the absence of either the submission by the parties of a revised dismissal deleting the provision regarding the retention of jurisdiction or the filing of the agreement.
>
> SO ORDERED. 4/21/2020.
>
> *[signature]* LEWIS J. LIMAN
> United States District Judge

Re:   *JewishGen, Inc. v. Friends of JewishGen, Inc.,* - Docket No. 1:20-cv-01826-LJL

Dear Judge Liman:

     This firm represents Plaintiff JewishGen, Inc. ("Plaintiff") in connection with the above-captioned matter. With the consent of counsel for Defendant, My Jewish Roots Inc. f/k/a/ Friends of JewishGen, Inc. ("Defendant"), we write to advise the Court that the parties have entered into a settlement agreement to resolve this matter. Accordingly, the parties enclose a Voluntary Stipulation of Dismissal with Prejudice (the "Dismissal Stipulation"). The Dismissal Stipulation requests that the Court retain jurisdiction in this action for the purpose of enforcing the settlement agreement between the parties. Should the Dismissal Stipulation meet with Your Honor's approval, we respectfully request that the Court "So Order" the document and enter it on the case docket.

     A telephonic Initial Pretrial Conference is currently scheduled in this matter for April 27, 2020 at 11:00am. Given the settlement reached in this matter, the parties respectfully request that the Court remove the upcoming conference from the Court's calendar.

     We thank the Court for its consideration of this matter and provide our best wishes for Your Honor and the Court's staff during the COVID-19 pandemic.

Hon. Lewis J. Liman, U.S.D.J.
April 20, 2020
Page 2

    Respectfully submitted,

    /s/ Jason S. Oliver

    Jason S. Oliver

    Enclosure

    cc:    Jeffrey Dannenberg, Esq. (via ECF)

4815-4769-1194.1